IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 14-CR-30209-NJR |
| vs. | ) | |
| | ) | |
| RICKY T. GARNER, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

The Defendant and the Government agree and stipulate as follows:

1. On October 1, 2014, in Fayette County, Illinois, within the Southern District of Illinois, Ricky Garner knowingly possessed 70.5 grams (2.48 ounces) of a mixture or substance containing alpha-Pyrrolidinopentiophenone ("alpha-PVP"), which is a Schedule 1 controlled substance.

2. Some of the alpha-PVP which Defendant possessed had been divided into 3 gram lots and packaged in 11 small plastic baggies.

3. Arresting officers seized the alpha-PVP from inside a truck which Defendant had driven into a tree. Police also seized a scale, twisty ties, and squares of tinfoil from inside the truck.

4. Defendant acknowledges that he had intended to distribute the 11 baggies of alpha-PVP which police seized.

5. Laboratory analysis of the suspected alpha-PVP seized from Defendant's truck confirmed that it did in fact contain alpha-PVP.

SO STIPULATED.

                                            STEPHEN R. WIGGINTON
                                            United States Attorney

_/s/ Ricky T. Garner_                   _/s/ Robert L. Garrison_
RICKY T. GARNER                      ROBERT L. GARRISON
Defendant                                    Assistant United States Attorney

_/s/ Ethan Skaggs_
ETHAN SKAGGS
Assistant Federal Public Defender

Date: 6/2/15                               Date: 6/2/15